IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

OSCAR DE LA ROSA,
and all others similarly situated,

Plaintiffs,

v. C.A. No.: 4:19-cv-126-ALM

**COLLECTIVE ACTION**

CKJ TRANSPORT - ENERGY SERVICES, LLC, and JONATHAN KENNEMER,

Defendants.

_________________________________/

**AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION**

Plaintiff, OSCAR DE LA ROSA, by and through his undersigned counsel, respectfully moves for an extension of time to file his Motion for Conditional Certification. The current deadline is July 25, 2019. (Doc. 29).

Plaintiff seeks a thirty (30) day extension of time to file his Motion for Conditional Certification on the grounds that the Parties are attempting to resolve this matter without the necessity of either Party incurring further litigation costs. Plaintiff believes filing a Motion for Conditional Certification at this time would be detrimental to the Parties' negotiations.

Plaintiff respectfully requests that this Court enter an Order extending the deadline for the Plaintiff to file his Motion for Conditional Certification up to and including August 26, 2019.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with counsel for Defendant regarding the relief sought herein and has been authorized to represent that the Defendant is **unopposed** to this Motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed the foregoing via the Court's CM/ECF electronic filing system on July 25, 2019, which will serve a copy upon on counsel of record.

Respectfully submitted,

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

**CHARLES L. SCALISE**
Texas Bar No. 24064621
**DANIEL B. ROSS**
Texas Bar No. 789810
**ATTORNEYS FOR PLAINTIFF**