IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

OSCAR DE LA ROSA,
and all others similarly situated,

Plaintiffs,

v. C.A. No.: 4:19-cv-126-ALM

**COLLECTIVE ACTION**

CKJ TRANSPORT - ENERGY SERVICES,
LLC, and JONATHAN KENNEMER,

Defendants.

___________________________________/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION**

On this day, came on to be heard, Plaintiff's Unopposed Motion for Extension of Time to File Motion for Conditional Certification. The Court finds that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, the deadline for the Plaintiff to file his Motion for Conditional Certification is hereby extended to August 26, 2019.