IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

OSCAR DE LA ROSA,
and all others similarly situated,

    Plaintiffs,

v.                                  C.A. No.:   4:19-cv-126-ALM
                                                                **COLLECTIVE ACTION**

CKJ TRANSPORT - ENERGY SERVICES,
LLC, and JONATHAN KENNEMER,

    Defendants.
_____/

## **ORDER**

    Pending before the Court is the Unopposed Motion to Abate, or in the Alternative, Motion for 45 Day Extension of Time to Respond to Defendants' Motion for Summary Judgment (Dkt. #118). Having considered the Motion, the Court is of the opinion that it should be, and hereby is, **GRANTED**.

    **IT IS THEREFORE ORDERED** that this matter shall be **ABATED** pending the filing and disposition of the Parties' Motion to Approve Settlement.

    SIGNED this 2nd day of August, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE