IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OSCAR DE LA ROSA, AND ALL OTHERS SIMILARLY SITUATED, | § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | Civil Action No. 4:19-CV-00126-ALM |
| J&GK PROPERTIES, LLC D/B/A CKJ TRANSPORT OF SOUTH TEXAS, LLC, AND JONATHAN KENNEMER, | § § § § § | |
| DEFENDANTS. | § | |

## ORDER APPROVING SETTLEMENT

Pending before the Court is the parties' *Joint Motion to Approve Settlement and Dismiss* (Dkt. #119). Having considered the motion, the proposed settlement, and the other papers on file in the case, the Court finds the motion should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the parties' settlement, Dkt. #119, Exhibit 1, is hereby in all things **APPROVED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants are hereby **DISCHARGED**.

**IT IS FURTHER ORDERED** that other than as set forth in the settlement agreement, the parties shall bear their own attorney fees, expenses, and costs of suit.

Any other relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 18th day of August, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE